THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Robert Richardson, Jr., Appellant.
 
 
 

Appeal from York County
Lee S. Alford,
 Circuit Court Judge
L. Casey Manning, Circuit Court Judge
Unpublished Opinion No. 2008-UP-015
Submitted January 1, 2008  Filed January 9, 2008   

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER
 CURIAM:  Robert Richardson, Jr., appeals his conviction of
 financial transaction card theft and sentence of five years imprisonment.  He
 maintains the trial court erred in denying his motion for a directed verdict.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406
 S.E.2d 357 (1991), we dismiss[1] Richardsons appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
ANDERSON, SHORT and WILLIAMS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.